# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW MOLITORIS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1399 |
| v | : | (JUDGE MANNION) |
| SAFECO INSURANCE COMPANY | : | |
| Defendant | : | |

FILED
SCRANTON

AUG 20 2018

PER _____
DEPUTY CLERK

## ORDER

The undersigned has received correspondence which informs the court that the parties have agreed to Binding Arbitration. (Doc. 29). The Clerk is therefore directed to administratively close this case.

Counsel shall file a status report with the court upon completion of the arbitration.

MALACHY E. MANNION
United States District Judge

**DATED: August 20, 2018**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-1399-08.wpd

# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION
2000 Market Street, Suite 2300, Philadelphia, PA 19103
(215) 575-2600  Fax (215) 575-0856

Direct Dial: (215) 575-2597
Email: cacavanaugh@mdwcg.com

| | |
|---|---|
| PENNSYLVANIA | OHIO |
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | FLORIDA |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| NEW JERSEY | NEW YORK |
| Mount Laurel | Long Island |
| Roseland | New York City |
| | Westchester |
| DELAWARE | |
| Wilmington | |

August 10, 2018

VIA ECF

The Honorable Malachy E. Mannion
William J. Nealon Federal Bldg. &
U. S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

  RE: Andrew Molitoris v. Safeco Insurance Company
    U.S.D.C. Middle District of PA, No. 3:16-CV-01399
    Our File No.: 12175.00819

Dear Judge Mannion:

We represent Defendant, Safeco Insurance Company, in the above-entitled action.

On July 6, 2016, Plaintiff filed a Complaint in the United States District Court for the Middle District of Pennsylvania docketed as 3:16-cv-01399-MEM. On September 13, 2016, Defendant filed an Answer to Plaintiff's Complaint with Affirmative Defenses. On June 5, 2018, an Order was entered dismissing Plaintiff's bad faith claim, Count II, with prejudice.

The parties have agreed and entered into a binding Arbitration in this matter. The parties respectfully request that all Case Management Deadlines be suspended. The parties will advise the Court when the Arbitration of this matter has concluded. At this time, the parties are in the process of scheduling the Arbitration, which will most likely occur during October of 2018.

We appreciate the Court's consideration of this matter.

        Respectfully yours,

        *Cristin A. Cavanaugh*

        William C. Foster
        Cristin A. Cavanaugh

cc: Molly Dempsey Clark, Esquire (via email)